EDWARD L. MERRIFIELD, Respondent, *v.* JACOB D. WOODRUFF, Appellant.

(Argued January 16, 1874; decided May term, 1874.)

THIS was an action to reform a contract, on the ground of mistake, and to enforce it as corrected.

The decision of the trial court was, in effect, that a mistake was made in some of the particulars claimed by plaintiff, and enforced the contract as thus corrected. *Held*, that there was evidence to sustain the findings, and that defendant could not complain that plaintiff had judgment for less than what he claimed.

*Henry Woodruff* for the appellant.

*A. R. Dyett* for the respondent.

REYNOLDS, C., reads for affirmance.
All concur.
Judgment affirmed.